STATE of Missouri, Respondent,

v.

James Roger DAVIS, Appellant.

No. WD 75211.

Missouri Court of Appeals,
Western District.

Feb. 19, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied March
26, 2013.

Application for Transfer Denied
May 28, 2013.

Jennifer A. Rodewald, Jefferson City,
MO, for respondent.

William P. Nacy and Curtis G. Hanrahan, Jefferson City, MO, for appellant.

Before Division Three: CYNTHIA L.
MARTIN, Presiding Judge, JOSEPH M.
ELLIS, Judge and GARY D. WITT,
Judge.

### ORDER

PER CURIAM:

James Davis ("Davis") appeals from the trial court's judgment that denied his motion to withdraw a guilty plea pursuant to Rule 29.07(d). Davis argues that the trial court abused its discretion because he suffered manifest injustice in that his defense was prejudicially affected by his trial counsel's conflict of interest. We affirm. Rule 30.25(b).